DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIAN MARTINEZ-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0043 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE AND EXCLUDING TIME |
| | ) |
| JULIAN MARTINEZ-REYES, | ) |
| | ) Date:   April 21, 2008 |
| Defendant. | ) Time:   10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell Jr. |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant JULIAN MARTINEZ-REYES, that the status conference scheduled for April 21, 2008, be vacated and the matter be continued to May 5, 2008, for further status conference.

This continuance is need to review a pre-plea presentence report and to consult concerning disposition of the case without trial.

**IT IS THEREFORE FURTHER STIPULATED** that time for trial under the Speedy Trial Act should continue to be excluded between April 21, 2008, and May 5, 2008, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(iv)(Local Code T-4) for defense preparation.

1    **IT IS SO STIPULATED**

2    Dated:   April 18, 2008              /S/Kyle Reardon
                                          KYLE REARDON
3                                         Assistant U.S. Attorney
                                          Counsel for Plaintiff
4

5    Dated:   April 18, 2008               /S/ Jeffrey L. Staniels
                                          JEFFREY L. STANIELS
6                                         Assistant Federal Defender
                                          Attorney for Defendant
7                                         JULIAN MARTINEZ-REYES
8

9    **IT IS SO ORDERED.**

10   DATED: April 18, 2008

11

12

13

14   FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28