```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JULIAN MARTINEZ-REYES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0043 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE AND EXCLUDING TIME |
| | ) |
| JULIAN MARTINEZ-REYES, | ) |
| | ) Date: May 5, 2008 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant JULIAN MARTINEZ-REYES, that the status conference scheduled for May 5, 2008, be vacated and the matter be continued to May 27, 2008, for further status conference.

This continuance is need to allow further discussion and investigation concerning disposition of the case without trial.

**IT IS THEREFORE FURTHER STIPULATED** that time for trial under the Speedy Trial Act should continue to be excluded between May 5, 2008, and May 27, 2008, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(iv)(Local Code T-4) for defense preparation.

**IT IS SO STIPULATED**

Dated:  May 2, 2008              /S/Kyle Reardon
                                 KYLE REARDON
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff


Dated:  May 2, 2008              /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JULIAN MARTINEZ-REYES

**O R D E R**

Based on the above stipulation this court and continues to find that this case is complex within the meaning of the Speedy Trial Act, and that the public interest in a speedy trial is outweighed by the need to permit adequate time for counsel to prepare a defense to the charges.

Time for trial is therefore excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).

This case is ordered to be continued until May 27, 2008, at 10:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

Dated:  May 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order              -2-