```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    JULIAN MARTINEZ-REYES
 7
```

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | No. 2:08-cr-0043 FCD |
| 12            Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING |
| 13     v. | ) ) | CASE AND EXCLUDING TIME |
| 14 JULIAN MARTINEZ-REYES, | ) ) | Date:  May 27, 2008 |
| 15            Defendant. | ) ) | Time:  10:00 a.m. Judge: Hon. Frank C. Damrell, Jr. |
| 16 _____ | ) | |

17    **IT IS HEREBY STIPULATED** by and Between Assistant United States

18 Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal

19 Defender Jeffrey L. Staniels, Counsel for Defendant JULIAN MARTINEZ-

20 REYES, that the status conference scheduled for May 27, 2008, be

21 vacated and the matter be continued to June 16, 2008, for further

22 status conference.

23    This continuance is need to allow completion of on-going

24 discussions and investigation concerning disposition of the case

25 without trial.

26    **IT IS THEREFORE FURTHER STIPULATED** that time for trial under the

27 Speedy Trial Act should continue to be excluded between May 23, 2008,

28 and June 16, 2008, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(iv)

1  (Local Code T-4) for defense preparation.

2  **IT IS SO STIPULATED**

3  Dated:  May 23, 2008                    /S/Kyle Reardon
                                            KYLE REARDON
4                                           Assistant U.S. Attorney
                                            Counsel for Plaintiff

6
   Dated:  May 23,2008                      /S/ Jeffrey L. Staniels
7                                           JEFFREY L. STANIELS
                                            Assistant Federal Defender
8                                           Attorney for Defendant
                                            JULIAN MARTINEZ-REYES

**O R D E R**

Based on the above stipulation this court and continues to find that this case is complex within the meaning of the Speedy Trial Act, and that the public interest in a speedy trial is outweighed by the need to permit adequate time for counsel to prepare a defense to the charges.

Time for trial is therefore excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).

This case is ordered to be continued until June 16, 2008, at 10:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

Dated:  May 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                -2-