```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JULIAN MARTINEZ-REYES
 7
```

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. 2:08-cr-0043 FCD |
| 12 | Plaintiff, ) ) | STIPULATION AND ORDER CONTINUING |
| 13 | v. ) ) | CASE AND EXCLUDING TIME |
| 14 | JULIAN MARTINEZ-REYES, ) ) | Date:  June 16, 2008 |
| 15 | Defendant. ) ) | Time:  10:00 a.m. Judge: Hon. Frank C. Damrell, Jr. |
| 16 | _____ ) | |

17       **IT IS HEREBY STIPULATED** by and Between Assistant United States

18  Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal

19  Defender Jeffrey L. Staniels, Counsel for Defendant JULIAN MARTINEZ-

20  REYES, that the status conference scheduled for June 16, 2008, be

21  vacated and the matter be continued to July 21, 2008, for further

22  status conference.

23       This continuance is need to allow completion of a pre-plea

24  presentence report and of on-going discussions concerning terms of

25  disposition of the case without trial.

26       **IT IS THEREFORE FURTHER STIPULATED** that time for trial under the

27  Speedy Trial Act should continue to be excluded between June 13, 2008,

28  and July 21, 2008, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(iv)

(Local Code T-4) for defense preparation.

**IT IS SO STIPULATED**

Dated:  June 13, 2008            /S/Kyle Reardon
                                 KYLE REARDON
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff


Dated:  June 13, 2008            /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JULIAN MARTINEZ-REYES


# O R D E R

Based on the above stipulation this court and continues to find that this case is complex within the meaning of the Speedy Trial Act, and that the public interest in a speedy trial is outweighed by the need to permit adequate time for counsel to prepare a defense to the charges.

Time for trial is therefore excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).

This case is ordered to be continued until July 21, 2008, at 10:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

By the Court,

Dated: June 13, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                          -2-