```
                                        FILED

                                        JUL 21 2008

                                    CLERK, U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF CALIFORNIA
                                    BY _____
                                            DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JULIAN MARTINEZ-REYES,

        Defendant.

_____/

CR. S-08-0043 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release JULIAN MARTINEZ-REYES, Case No. CR. S-08-0043 FCD, Charge 8 U.S.C. § 1326(a) and (b)(1) Deported Alien Found in the United States, from custody subject to the conditions as stated in open Court on July 21, 2008:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ [ ]

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

1        ___    Appearance Bond with Surety

2        ___    Corporate Surety Bail Bond

3        _X_    (Other) [Defendant sentenced to Time Served - Judgment and Commitment Order to issue ]

Issued at Sacramento, CA on July 21, 2008 at 12:00 p.m.

Dated: July 21, 2008

                    Frank C. Damrell, Jr.
                    UNITED STATES DISTRICT JUDGE

2